UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN FARRELL,

    Plaintiff,

v.    Case No. 6:12-cv-660-Orl-18KRS

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:



X IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: May 18, 2012

*Brian Farrell* (signature)

Brian Farrell
106 Clear Lake Circle
Sanford FL 32773
321-662-7627