# EXHIBIT 1

UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN FARRELL,

Plaintiff,

v.                                                    Case No.: 6:12-cv-00660-GKS-KRS

NCO FINANCIAL SYSTEMS, INC.,

Defendant.

_____/

**AFFIDAVIT OF GREGORY STEVENS IN SUPPORT OF
NCO FINANCIAL SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the affiant,

**GREGORY STEVENS,**

being first duly sworn upon oath under the penalty of perjury under the laws of the state

of Florida, and testifies that the following is true and correct based upon personal

knowledge.

1.      I am over 18 years old and competent to testify to the matters stated herein. The

facts set forth in this affidavit are true and correct and based on personal knowledge and

review of the related files and records and practices of NCO Financial Systems, Inc.

("NCO") and, if called as a witness, I could and would testify competently thereto.

2.      I am the Vice President of Audit Compliance - Operations Control for NCO. I

have been employed by NCO in different capacities for several years. In connection with

my employment, I have personal knowledge of the general business practices of NCO.

My responsibilities include the preparation of declarations and affidavits regarding

business records and business practices in connection with litigation involving NCO, assisting with discovery responses in such litigation, and gathering documents and information relating to NCO accounts involved in litigation. I have received training regarding the business practices of NCO. I have access to, and I am familiar with, the business records created in connection with NCO's business practices.

3.     I have reviewed all business records relating to this matter. Additionally, I investigated plaintiff's claims and have personal knowledge regarding what NCO did and did not do in its attempt to collect on Brian Farrell's debts, American Express Account No.: ██████1005, assigned NCO internal reference no.: JX6646, and American Express Account No.: ██████5007, assigned NCO internal reference no.: JX6657 ("Accounts").

4.     On May 25, 2011, American Express placed the Accounts with NCO in plaintiff's name for collection. (*See* Account Notes, attached hereto as Composite Exhibit A.)

5.     According to the Account notes, which are business records maintained in the ordinary course of business, on May 26, 2011, NCO pulled plaintiff's consumer credit report in connection with the review and collection of the Accounts.

6.     Between May 26, 2011 and November 3, 2011, NCO attempted to collect the debts at issue, but never made any contact with the plaintiff.

7.     I declare under penalty of perjury under the laws of Florida that the foregoing is true and correct.

Executed on ~~June~~ 17, 2012, in Tampa, Florida.

GREGORY STEVENS

STATE OF FLORIDA          )
                          )     ss.
COUNTY OF HILLSBOROUGH    )

I certify that I know or have satisfactory evidence that Gregory Stevens is the individual who personally appeared before me, and said individual acknowledged that she signed this instrument as her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: Aug 17 2012

Print Name: Annie Laura Ballard Davenport
              Notary Public

ANNIE LAURA BALLARD DAVENPORT
Notary Public - State of Florida
My Comm. Expires Apr 17, 2015
Commission # EE 84858
Bonded Through National Notary Assn.

# Composite
# EXHIBIT A

780402

F A C T   S H E E T

```
CRS #:       JX6646                    Client #:   RLK1M -1
Name:        FARRELL, BRIAN            AMERICAN EXPRESS (US)
Address:     ████████████████         Acct #:     ████████1005
City/State:  SANFORD, FL 32773         Regarding:  CID037088804000USD
Home Phone:  (000) 000-0000            Amt Refered:   20339.05
Work Phone:  (000) 000-0000            Current Bal:   20339.05
Soc Sec No:  █████9577                 Comm Rate:      35.000%
Employer:    HM OK WRK CLL             Costs:           0.00
                                       Ck Chg/Fee:      0.00
                                       Other     0.00
Status:      23  DISPUTE               Interest Rate:   0.000%
Coll Unit:   666  LEGAL REST ACCTS     Interest Amt:    0.00
Date Last:   12/17/08                  Date Received:  05/25/11
Activity Code:  NU NOT USED
Anniv Date   03/23/05
Req Fr Date  00/00/00
Req To Date  00/00/00
Old JDR #   Last:                      First:
Cancel Date  07/27/09
WI Qual Dt   00/00/00
WI Type
Sett Comp Dt  00/00/00
SF Prev Agy
Sett Off Dt  00/00/00
 [KSett Off Bal      0.00CB Amount
CB Date
 [KSett Amt          0.00Complaint    C
Cmp Date     05/16/12
Cmp Res Date 00/00/00
Dispute Type  H
Dispute Date 00/00/00
 [KDispute Amt       0.00Cmp Reason   B
Addr Verifd   U
Is CM Emplyd  U
Assets Verd   U
Judg/Liens    U
RPC           N
RPC Detail    U
RPC Time      U
Promise       U
Payment Plan  U
Funds         U
Funds Source  U
Collect Tier  P
OA Offered    N
OA Accepted   U
MR Offered    U
MR Accepted   U
DC Name       U
DC Sett Dur   U
DC Sett Amt%  U
WI Offered    U
```

Page 1

780402

JX6646   FARRELL, BRIAN                                    Page 2

```
WI Accepted   U
WI Ordered    U
CARE Status
RI Status
RI Offer Dt   00/00/00
RI PIF Dt     00/00/00
Re-age Stat
AC Age Stat
 [KInt&Fee Cred              0.00PPP Lgl Stat
Sent Dispute
SF Sent Date  00/00/00
```

=================================================================
==========
```
ADRS NMBR GOOD CM OWNS              4078220318
UJ 11 28 09 24731 WGNR HNT
JX6657 3K DAVE   CBR SHOT          407 415-4283
SNC 95                    SBS      407 390-6494
4073906494
4074154283
```

=================================================================
==========

| Phone Nbr | Name/Address | Zip | Type/Status | Source/When | Cf/I | C |
|---|---|---|---|---|---|---|
| -9790 | FARRELL, BRIAN | | M-Existing | C-Client | UNKN | |
| | | | 6-Cease Calls | 05/25/11 | UNKN | Unk |
| -5448 | AXP Verified | | 8-Employer | C-Client | UNKN | |
| | | | A-Wrong Party | 05/25/11 | LAND | Unk |
| -7627 | AXP Verified | | M-Existing | C-Client | UNKN | |
| | | | 6-Cease Calls | 05/25/11 | CELL | Man |
| -2067 | AXP Verified | | 8-Employer | C-Client | UNKN | |
| | | | 8-Bad Number | 05/25/11 | LAND | Unk |
| -7855 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 8-Bad Number | 05/25/11 | LAND | Unk |
| -6494 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 0-New | 05/25/11 | LAND | Unk |
| -4796 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 8-Bad Number | 05/25/11 | LAND | Unk |
| -0318 | Anytime | | N-Debtor | C-Client | UNKN | |
| | | | 8-Bad Number | 05/25/11 | LAND | Unk |
| -4283 | FARRELL, BRIAN | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | 0-New | 05/25/11 | CELL | Man |
| -0247 | FARRELL, BRIAN | | N-Debtor | I-Lex/Nexis | LOW | |
| | | | 8-Bad Number | 05/25/11 | LAND | Unk |
| -9302 | AFFIE, JAMES | | H-Associate | I-Lex/Nexis | UNKN | |
| | 125 GLENDALE DR | | 0-New | 05/25/11 | LAND | Unk |
| -5269 | AFFIE, PATRICIA | | H-Associate | I-Lex/Nexis | UNKN | |
| | 445 THOREAU RD | | 0-New | 05/25/11 | LAND | Unk |
| -0435 | IZZO, KIMBERLY | | H-Associate | I-Lex/Nexis | UNKN | |
| | 88 SYLVAN HILLS RD | | 0-New | 05/25/11 | LAND | Unk |
| -4099 | FARRELL, RENEE | | 6-Relative | I-Lex/Nexis | UNKN | |
| | 259 OLD POST RD | | 0-New | 05/25/11 | CELL | Man |
| -1571 | FARRELL, JOSEPH | | 6-Relative | I-Lex/Nexis | UNKN | |
| | 231 BORRELLI RD | | 0-New | 05/25/11 | LAND | Unk |
| -5584 | FARRELL, LAWRENCE | | 6-Relative | I-Lex/Nexis | UNKN | |
| | 161 SALTONSTALL PKWY | | 0-New | 05/25/11 | LAND | Unk |
| -9790 | FARRELL, BRIAN | | N-Debtor | J-Master | UNKN | |
| | 106 CLEAR LAKE CIR | | 6-Cease Calls | 11/07/11 | CELL | Man |
| -7627 | FARRELL, BRIAN | | 8-Employer | J-Master | UNKN | |
| | 106 CLEAR LAKE CIR | | 6-Cease Calls | 11/07/11 | CELL | Man |

780402

Phone Nbr     Name/Address          Zip   Type/Status   Source/when Cf/I C
================================================================
==========


----------PAYMENTS---------------    -------------TRANSACTIONS-------------
--Date--      Amount    Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                     05/25/11  14:00  CC/CC                  BKT
                                       BKT AND DCD SCRUB ATTEMPTED-CBR60776
                                       37
                                     05/25/11  16:59  IU/SC                  SYS
                                       RPC INDICATORS CHANGE-UUUUUUUUUUUPUU
                                       UUUU UUUU
                                     05/25/11  17:00  CC/CC                  LXN
                                       HP SWITCH TYPE U-C
                                     05/25/11  17:00  CC/CC  HP CONSENT U-M  LXN
                                     05/25/11  17:00  IR/GI                  LEX
                                       NB SKP - SHP ASC REL SWITCH
                                     05/26/11  03:34  CS/10                  SYS
                                     05/26/11  03:34  CC/CC  SCORE-000       SYS
                                     05/26/11  03:34  CC/CC                  SYS
                                       CBR DATA ON O SCREEN
                                     05/26/11  03:34  CC/CC                  SYS
                                       ASSET SEARCH - AVAILABLE BANKCARD
                                     05/26/11  05:54  IU/SC                  SYS
                                       OA QUALIFICATION
                                     05/26/11  05:54  CC/CC  AUX2 POS 8-     SYS
                                     05/26/11  05:54  CC/CC  AUX2 POS 7-     SYS
                                     05/26/11  10:57  TA/     J01            J01
                                     05/26/11  10:57  RM/CC  ACTIVATE-J31    J01
                                     05/26/11  11:17  CC/CC  ACCT VIEW ONLY  DRI
                                     05/26/11  11:24  CC/CC  ACCT VIEW ONLY  DRI
                                     05/26/11  11:38  FX/GI                  A60
                                       386.860.0247  BRIAN FARRELL
                                     05/26/11  11:38  FX/GI                  A60
                                       407.324.9790  BRIAN FARRELL
                                     05/26/11  11:38  RM/CC                  A60
                                       DELETED-ACTIVATE-J31
                                     05/26/11  11:42  CC/CC  WORK PHONE      A60
                                     05/26/11  11:42  CC/CC                  A60
                                       WP SWITCH TYPE U-C
                                     05/26/11  11:42  CC/CC  WP CONSENT U-M  A60
                                     05/26/11  11:42  TW/LM                  A60
                                     05/26/11  11:44  TO/SK                  A60
                                       CM SENT LTR IN 08 CLAIMS PIF SENT
                                       LTR AND WHO PAID
                                     05/26/11  11:44  CS/54                  A60
                                     05/26/11  15:49  CC/CC  SCORE-611       SYS
                                     05/26/11  18:52  IU/SC                  SYS
                                       RPC INDICATORS CHANGE-UUUUNUUUUUUPNU
                                       UUUU UUUU
                                     05/27/11  01:20  SN/K8                  -CB
                                     05/27/11  03:00  IR/GI  UP SKP - SWITCH LEX
                                     05/30/11  11:50  SC/SC                  GMC
                                       Page 3

```
                      780402
                      05/30/11  11:52  TR/NL                    GMC
```

JX6646   FARRELL, BRIAN                              Page 4

```
----------PAYMENTS---------------    ------------TRANSACTIONS--------------
--Date--    Amount    Code   Rate    --DATE--   TIME  AC/RC  ----COMMENT----  ID
                                     05/30/11  11:52  TW/NL                   GMC
                                     05/30/11  11:52  CC/CC                   GMC
                                       F SCREEN INDEX 2-4 VIEWED
                                     05/30/11  11:52  SC/SC                   GMC
                                     05/30/11  11:53  FX/NL                   GMC
                                     05/30/11  11:53  SK/SK                   GMC
                                       RAN QZ SRCH ON POE--FND POSS NUM AS
                                       4073249790
                                     05/30/11  11:53  TO/NL  407  415-4283    GMC
                                     05/30/11  11:54  CC/CC                   GMC
                                       F SCREEN INDEX 2-5 VIEWED
                                     05/30/11  11:54  SC/SC                   GMC
                                     05/30/11  11:54  TO/BN                   GMC
                                       386 860-0247---NIS--
                                     05/30/11  11:54  CC/CC                   GMC
                                       F SCREEN 2-5 STATUS FROM 0-NEW TO 8-
                                       BAD NUMBER
                                     05/30/11  11:54  CC/CC                   GMC
                                       F SCREEN INDEX 2-3 VIEWED
                                     05/30/11  11:54  SC/SC                   GMC
                                     05/30/11  11:55  TO/BN                   GMC
                                       407 822-0318 --NIOS--
                                     05/30/11  11:55  CC/CC                   GMC
                                       F SCREEN 2-3 STATUS FROM 0-NEW TO 8-
                                       BAD NUMBER
                                     05/30/11  11:55  CC/CC                   GMC
                                       F SCREEN INDEX 2-2 VIEWED
                                     05/30/11  11:55  SC/SC                   GMC
                                     05/30/11  11:55  TO/BN                   GMC
                                       417 334-4796--NIS--
                                     05/30/11  11:55  CC/CC                   GMC
                                       F SCREEN 2-2 STATUS FROM 0-NEW TO 8-
                                       BAD NUMBER
                                     05/30/11  11:55  CC/CC                   GMC
                                       F SCREEN INDEX 1-5 VIEWED
                                     05/30/11  11:55  SC/SC                   GMC
                                     05/30/11  11:56  TO/BN                   GMC
                                       407 332-7855-NIS-
                                     05/30/11  11:56  CC/CC                   GMC
                                       F SCREEN 1-5 STATUS FROM 0-NEW TO 8-
                                       BAD NUMBER
                                     05/30/11  11:56  CC/CC                   GMC
                                       F SCREEN INDEX 2-1 VIEWED
                                     05/30/11  11:56  SC/SC                   GMC
                                     05/30/11  11:57  TO/NA                   GMC
                                       407 390-6494---RINGING
                                     05/30/11  11:57  CC/CC                   GMC
                                       F SCREEN INDEX 1-2 VIEWED
                                     05/30/11  11:57  SC/SC                   GMC
                                     05/30/11  11:58  TO/BZ  203 533-5448     GMC
                                       Page 4
```

```
                                    780402
                                    05/30/11  12:00  TO/SW                        GMC
                                      203 533-5448 --SW 3P---GV MRD---
                                      ASKD FOR CM--SD DOSENT LIVE HERE---
                                      NO ALT NUM--LMTCB---ASKD FOR SPOUSE-
```

JX6646   FARRELL, BRIAN                          Page 5

```
----------PAYMENTS---------------  -------------TRANSACTIONS-------------
--Date--    Amount   Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                     --SD WILL HAV HIM CALL BACK--GV
                                     CALL BACK INFO
                                   05/30/11  12:00  CC/CC                      GMC
                                     F SCREEN 1-2 STATUS FROM 0-NEW TO A-
                                     WRONG PARTY
                                   05/30/11  12:00  CC/CC                      GMC
                                     F SCREEN INDEX 1-4 VIEWED
                                   05/30/11  12:00  SC/SC                      GMC
                                   05/30/11  12:01  TO/BZ  JX6657              GMC
                                   05/30/11  12:01  TO/BN                      GMC
                                     386  626-2067--NIS--
                                   05/30/11  12:01  CC/CC                      GMC
                                     F SCREEN 1-4 STATUS FROM 0-NEW TO 8-
                                     BAD NUMBER
                                   05/30/11  15:16  TW/AM  LM                  GMC
                                   05/30/11  15:16  TR/AM  LM                  GMC
                                   05/30/11  15:17  TO/NA                      GMC
                                     4073906494---RINGING--
                                   05/30/11  15:19  TO/AM                      GMC
                                     4074154283---LM---
                                   05/30/11  18:46  CC/CC  ACCT VIEW ONLY      VA3
                                   05/31/11  09:16  CC/CC  ACCT VIEW ONLY      A60
                                   05/31/11  09:16  CC/CC  ACCT VIEW ONLY      A60
                                   05/31/11  09:40  TW/LM                      A60
                                   05/31/11  15:10  SC/SC                      GMC
                                   05/31/11  15:10  TW/NL                      GMC
                                   05/31/11  15:11  TR/NL                      GMC
                                   05/31/11  15:13  TO/NA                      GMC
                                     4073906494---RINGING--
                                   05/31/11  15:13  TO/NL  4074154283          GMC
                                   05/31/11  15:18  SC/SC                      GMC
                                   06/01/11  13:20  CC/CC  ACCT VIEW ONLY      A60
                                   06/02/11  09:36  CC/CC  EMP-UNK             A60
                                   06/02/11  09:37  TW/LM                      A60
                                   06/02/11  09:37  CC/CC  ACCT VIEW ONLY      A60
                                   06/03/11  09:13  CC/CC  ACCT VIEW ONLY      A60
                                   06/06/11  09:41  TW/LM                      A60
                                   06/08/11  12:03  CC/CC  ACCT VIEW ONLY      A60
                                   06/09/11  09:23  TW/LM                      A60
                                   06/10/11  09:50  TW/LM                      A60
                                   06/11/11  08:41  TR/LM                      A60
                                   06/11/11  10:40  CC/CC  ACCT VIEW ONLY      A60
                                   06/13/11  11:55  TW/LM                      A60
                                   06/14/11  12:44  CC/CC  ACCT VIEW ONLY      A60
                                   06/16/11  10:27  TW/LM                      A60
                                   06/16/11  16:19  CC/CC  ACCT VIEW ONLY      A60
                                   06/17/11  13:26  CC/CC  ACCT VIEW ONLY      A60
                                     Page 5
```

```
                              780402
                   06/20/11  18:39  CC/CC  ACCT VIEW ONLY  A60
                   06/21/11  14:57  CC/CC  ACCT VIEW ONLY  A60
                   06/22/11  10:19  TW/LM                  A60
                   06/23/11  10:53  TW/LM                  A60
                   06/23/11  11:48  CC/CC  ACCT VIEW ONLY  A60
                   06/23/11  12:11  CC/CC  ACCT VIEW ONLY  A60
                   06/24/11  09:52  CC/CC  ACCT VIEW ONLY  A60
```

```
JX6646   FARRELL, BRIAN                          Page 6

-----------PAYMENTS--------------    ------------TRANSACTIONS-------------
--Date--     Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  ID
                                     06/24/11  13:14  CC/CC  ACCT VIEW ONLY  XFR
                                     06/24/11  13:20  TW/LM                  A60
                                     06/25/11  08:20  CC/CC  ACCT VIEW ONLY  A60
                                     06/27/11  15:21  CC/CC  ACCT VIEW ONLY  A60
                                     06/28/11  14:16  CC/CC  ACCT VIEW ONLY  A60
                                     06/29/11  08:54  TW/LM                  A60
                                     06/29/11  12:03  CC/CC  ACCT VIEW ONLY  A60
                                     06/30/11  08:52  CC/CC  ACCT VIEW ONLY  A60
                                     07/06/11  18:40  CC/CC  ACCT VIEW ONLY  ZIT
                                     07/11/11  19:53  TW/LM                  A60
                                     07/12/11  15:49  CC/CC  ACCT VIEW ONLY  A60
                                     07/13/11  11:21  CC/CC  ACCT VIEW ONLY  A60
                                     07/13/11  14:25  CC/CC  ACCT VIEW ONLY  A60
                                     07/14/11  09:54  CC/CC  ACCT VIEW ONLY  A60
                                     07/14/11  13:34  CC/CC  ACCT VIEW ONLY  A60
                                     07/17/11  07:04  CC/CC                  SYS
                                        SEE O SCREEN FOR AMEX RMS NEW TRIGGE
                                        R INFO.
                                     07/17/11  07:04  CC/CC  SCORE-960       SYS
                                     07/18/11  18:15  TW/LM                  A60
                                     07/19/11  16:19  CC/CC  ACCT VIEW ONLY  A60
                                     07/25/11  19:19  TW/LM                  A60
                                     07/26/11  15:46  CC/CC  ACCT VIEW ONLY  A60
                                     07/27/11  10:25  CC/CC  ACCT VIEW ONLY  A60
                                     07/27/11  13:06  CC/CC                  SYS
                                        SEE O SCREEN FOR AMEX RMS NEW TRIGGE
                                        R INFO.
                                     07/28/11  10:17  CC/CC  ACCT VIEW ONLY  A60
                                     07/28/11  13:36  TW/LM                  A60
                                     07/29/11  09:05  CC/CC  ACCT VIEW ONLY  A60
                                     07/29/11  13:39  CC/CC  ACCT VIEW ONLY  A60
                                     07/30/11  08:20  CC/CC  ACCT VIEW ONLY  A60
                                     07/30/11  09:57  FX/NL                  HLN
                                     07/30/11  09:58  FX/NL                  HLN
                                     07/30/11  09:59  TO/NL  4283            HLN
                                     07/30/11  10:01  TO/NA  6494            HLN
                                     07/30/11  12:09  TR/NL                  HLN
                                     07/30/11  12:09  TW/NL                  HLN
                                     07/30/11  12:12  TO/NA  6494            HLN
                                     07/30/11  12:13  TO/NL  4283            HLN
                                     07/30/11  12:13  TO/BN  4078220318      HLN
                                     08/01/11  18:19  TR/LM                  A60
                                     08/03/11  09:53  CC/CC  ACCT VIEW ONLY  A60
                                     08/09/11  18:41  TW/LM                  A60
                                        Page 6
```

```
      780402
08/10/11  10:32  CC/CC   ACCT VIEW ONLY  A60
08/10/11  14:50  CC/CC   ACCT VIEW ONLY  A60
08/11/11  14:46  CC/CC   ACCT VIEW ONLY  A60
08/12/11  15:58  CC/CC   ACCT VIEW ONLY  A60
08/13/11  11:33  CC/CC   ACCT VIEW ONLY  A60
08/15/11  18:27  TW/LM                   A60
08/23/11  16:52  TW/LM                   A60
08/24/11  14:32  CC/CC   ACCT VIEW ONLY  A60
08/30/11  18:09  CC/CC                   OBU
      F SCREEN INDEX 2-4 VIEWED
```

JX6646   FARRELL, BRIAN                        Page 7

```
----------PAYMENTS---------------   ------------TRANSACTIONS--------------
--Date--    Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                    08/30/11  18:09  SC/SC                   OBU
                                    08/30/11  18:10  CC/CC                   OBU
                                          F SCREEN INDEX 2-1 VIEWED
                                    08/30/11  18:10  SC/SC                   OBU
                                    08/30/11  18:10  TR/NL                   OBU
                                    08/30/11  18:10  TW/NL                   OBU
                                    08/30/11  18:11  TO/NL   ---4283         OBU
                                    08/30/11  18:11  TO/NA   ---6494         OBU
                                    08/30/11  19:56  TR/LM                   OBU
                                    08/30/11  19:57  TW/NL                   OBU
                                    08/31/11  09:43  TR/NL                   OBU
                                    08/31/11  09:43  TW/NL                   OBU
                                    08/31/11  09:44  TO/NA   ----4283        OBU
                                    08/31/11  09:44  TO/NA   ---6494         OBU
                                    08/31/11  15:45  TR/LM                   OBU
                                    08/31/11  15:45  TW/LM                   OBU
                                    08/31/11  15:47  TO/NL   ---4283         OBU
                                    09/02/11  10:48  CS/51                   A60
                                    09/08/11  08:45  CC/CC   ACCT VIEW ONLY  A60
                                    09/09/11  10:23  TA/     J31             J01
                                    09/09/11  10:23  SP/SP                   J01
                                      --MGR REV--Z DICKSON--EMAIL SENT
                                      FOR EXECUTION OF JUDGEMENT TO ATTY
                                    09/29/11  11:59  CC/CC                   SYS
                                      AUX1 POS 1-19950323
                                    09/30/11  09:36  CC/CC                   SYS
                                      AUX1 POS 1-20050323
                                    10/16/11  06:35  CC/CC                   SYS
                                      SEE O SCREEN FOR AMEX RMS NEW TRIGGE
                                      R INFO.
                                    10/29/11  12:26  CC/CC   ACCT VIEW ONLY  Z32
                                    11/07/11  15:00  CS/43                   COR
                                    11/07/11  15:00  CC/CC   HP-4073249790   COR
                                    11/07/11  15:00  CC/CC   WP-3216627627   COR
                                    11/07/11  15:00  TA/     J10             COR
                                    11/07/11  15:00  IM/SC   STAT CHNGD      COR
                                    11/07/11  15:00  CC/CC                   COR
                                      A1-106 CLEAR LAKE CIR
                                    11/07/11  15:00  CC/CC                   COR
                                      CSZ-SANFORD         FL 327730000
                                    11/07/11  15:00  IM/SC                   COR
                                      Page 7
```

```
                        780402
                        ALL CHARGES REQUESTED
                        11/07/11  15:00  IM/SC                        COR
                          RCVD CERT MAIL STS CEASE AND DESIST
                          DISPUTE REQ FOR VALLIDATION
                        11/07/11  15:00  IM/SC                        COR
                          IMAGE 201111071400347 JX6646WZ2
                        11/07/11  15:00  IM/SC                        COR
                          CERTIFIED - C  SPUTE - NOT REPORTED
                        11/07/11  15:00  IM/SC  TABLE 05              COR
                        11/07/11  15:00  IM/SC  STAT UNCHNGD          COR
                        11/07/11  15:00  IM/SC                        COR
                          ALL CHARGES REQUESTED
                        11/07/11  15:00  IM/SC                        COR
```

JX6646   FARRELL, BRIAN                            Page 8

```
----------PAYMENTS---------------  -------------TRANSACTIONS-------------
--Date--     Amount   Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                     RCVD CERT MAIL STS CEASE AND DESIST
                                     DISPUTE REQ FOR VALLIDATION
                                   11/07/11  15:00  IM/SC                  COR
                                     IMAGE 201111071400347 JX6646WZ2
                                   11/07/11  15:00  IM/SC                  COR
                                     CERTIFIED - CHANGE OF ADDRESS
                                   11/07/11  15:00  IM/SC  TABLE 28        COR
                                   11/08/11  11:23  CO/CO                  Y9D
                                     NO RESP BY CRT NOT REF IN CORR
                                   11/09/11  05:51  CC/CC                  SYS
                                     F SCREEN 1-1 STATUS FROM 0-NEW TO 6-
                                     CEASE CALLS
                                   11/09/11  05:51  CC/CC                  SYS
                                     F SCREEN 1-3 STATUS FROM 0-NEW TO 6-
                                     CEASE CALLS
                                   11/09/11  05:51  CC/CC                  SYS
                                     F SCREEN 4-2 STATUS FROM F-PREVIOUS
                                     TO 6-CEASE CALLS
                                   11/09/11  05:51  CC/CC                  SYS
                                     F SCREEN 4-3 STATUS FROM F-PREVIOUS
                                     TO 6-CEASE CALLS
                                   11/09/11  14:50  CO/CO  QCID            X2I
                                   01/27/12  12:37  CC/CC  ACCT VIEW ONLY  VA4
                                   02/14/12  13:36  IM/SC  RCVD ADL        GOT
                                   02/14/12  13:37  TA/    IDM             GOT
                                   02/14/12  15:46  IU/C1  RCVD ADL        GOT
                                   02/14/12  15:47  CC/CC  AUX1 POS 14 -   GOT
                                   02/14/12  15:47  CC/CC                  GOT
                                     AUX1 POS 15 - 00-00-00
                                   02/14/12  15:47  CC/CC  AUX1 POS 17 -   GOT
                                   03/15/12  14:35  CC/CC                  SYS
                                     SEE O SCREEN FOR AMEX RMS NEW TRIGGE
                                     R INFO.
                                   05/16/12  15:28  IM/SC  RCVD LAWSUIT    GOT
                                   05/16/12  15:30  IU/C1  RCVD LAWSUIT    GOT
                                   05/16/12  15:30  CC/CC                  GOT
                                     AUX1 POS 15 - 02-07-12
```

780402

Date Printed:  May 16, 2012

780403

F A C T   S H E E T

CRS #:       JX6657
Name:        FARRELL, BRIAN
Address:     ████████████████
City/State:  SANFORD, FL 32773
Home Phone:  (000) 000-0000
Work Phone:  (000) 000-0000
Soc Sec No:  ██████9577
Employer:

Client #:    RLK1M -1
AMERICAN EXPRESS (US)
Acct #:      ████████5007
Regarding:   CID037088804000USD
Amt Refered:      3582.03
Current Bal:      3582.03
Comm Rate:       35.000%
Costs:              0.00
Ck Chg/Fee:         0.00
Other      0.00
Interest Rate:    0.000%
Interest Amt:       0.00
Date Received:  05/25/11

Status:      23  DISPUTE
Coll Unit:  666  LEGAL REST ACCTS
Date Last:  11/24/09
Activity Code:   NU NOT USED
Anniv Date   10/02/95
Req Fr Date  08/01/07
Req To Date  07/31/09
Old JDR #    Last:                  First:
Cancel Date  07/29/09
WI Qual Dt   00/00/00
WI Type
Sett Comp Dt 00/00/00
SF Prev Agy
Sett Off Dt  00/00/00
 [KSett Off Bal        0.00CB Amount
CB Date
 [KSett Amt            0.00Complaint      C
Cmp Date     05/16/12
Cmp Res Date 00/00/00
Dispute Type H
Dispute Date 00/00/00
 [KDispute Amt         0.00Cmp Reason     B
Addr Verifd  Y
Is CM Emplyd Y
Assets Verd  Y
Judg/Liens   Y
RPC          N
RPC Detail   U
RPC Time     U
Promise      U
Payment Plan U
Funds        U
Funds Source U
Collect Tier P
OA Offered   N
OA Accepted  U
MR Offered   U
MR Accepted  U
DC Name      U
DC Sett Dur  U
DC Sett Amt% U
WI Offered   U

Page 1

```
                                      780403
JX6657   FARRELL, BRIAN                               Page 2

WI Accepted   U
WI Ordered    U
CARE Status
RI Status
RI Offer Dt   00/00/00
RI PIF Dt     00/00/00
Re-age Stat
AC Age Stat
 [KInt&Fee Cred         0.00PPP Lgl Stat
Sent Dispute
SF Sent Date  00/00/00
```

```
===========================================================
==========
  JX6646 20K DAN - 2773
  407-415-4283 LM - NO ID
```

```
===========================================================
==========
```

| Phone Nbr | Name/Address | Zip | Type/Status | Source/When | Cf/I | C |
|---|---|---|---|---|---|---|
| -9790 | FARRELL,BRIAN | | M-Existing | C-Client | UNKN | |
| | | | 6-Cease Calls | 05/25/11 | UNKN | Unk |
| -7627 | FARRELL,BRIAN | | M-Existing | C-Client | UNKN | |
| | | | 6-Cease Calls | 05/25/11 | CELL | Man |
| -5448 | AXP Verified | | 8-Employer | C-Client | UNKN | |
| | | | 3-Left Msg | 05/25/11 | LAND | Unk |
| -2067 | AXP Verified | | 8-Employer | C-Client | UNKN | |
| | | | 8-Bad Number | 05/25/11 | LAND | Unk |
| -7855 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 2-Disconnect | 05/25/11 | LAND | Unk |
| -6494 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 1-No Answer | 05/25/11 | LAND | Unk |
| -4796 | Experian | | 0-Unknown | C-Client | UNKN | |
| | | | 2-Disconnect | 05/25/11 | LAND | Unk |
| -0318 | Anytime | | N-Debtor | C-Client | UNKN | |
| | | | 2-Disconnect | 05/25/11 | LAND | Unk |
| -4283 | FARRELL, BRIAN | | N-Debtor | I-Lex/Nexis | MEDI | |
| | | | 3-Left Msg | 05/25/11 | CELL | Man |
| -0247 | FARRELL, BRIAN | | N-Debtor | I-Lex/Nexis | LOW | |
| | | | 2-Disconnect | 05/25/11 | LAND | Unk |
| -9302 | AFFIE, JAMES | | H-Associate | I-Lex/Nexis | UNKN | |
| | 125 GLENDALE DR | | 0-New | 05/25/11 | LAND | Unk |
| -5269 | AFFIE, PATRICIA | | H-Associate | I-Lex/Nexis | UNKN | |
| | 445 THOREAU RD | | 0-New | 05/25/11 | LAND | Unk |
| -0435 | IZZO, KIMBERLY | | H-Associate | I-Lex/Nexis | UNKN | |
| | 88 SYLVAN HILLS RD | | 0-New | 05/25/11 | LAND | Unk |
| -9790 | FARRELL, BRIAN | | N-Debtor | J-Master | UNKN | |
| | 106 CLEAR LAKE CIR | | 6-Cease Calls | 11/07/11 | CELL | Man |
| -7627 | FARRELL, BRIAN | | 8-Employer | J-Master | UNKN | |
| | 106 CLEAR LAKE CIR | | 6-Cease Calls | 11/07/11 | CELL | Man |

```
===========================================================
==========
```

```
-----------PAYMENTS---------------  -------------TRANSACTIONS-------------
--Date--    Amount    Code   Rate  --DATE--   TIME AC/RC  ----COMMENT---- ID
                                       Page 2
```

780403

JX6657   FARRELL, BRIAN                                      Page 3

----------PAYMENTS---------------   -------------TRANSACTIONS-------------
--Date--     Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT----  ID
                                     05/25/11  14:00  CC/CC                   BKT
                                       BKT AND DCD SCRUB ATTEMPTED-CBR60776
                                       48
                                     05/25/11  16:58  IU/SC                   SYS
                                       RPC INDICATORS CHANGE-UUUUUUUUUUUPUU
                                       UUUU UUUU
                                     05/25/11  17:00  CC/CC                   LXN
                                       HP SWITCH TYPE U-C
                                     05/25/11  17:00  CC/CC  HP CONSENT U-M   LXN
                                     05/25/11  17:00  CC/CC                   LXN
                                       WP SWITCH TYPE U-C
                                     05/25/11  17:00  CC/CC  WP CONSENT U-M   LXN
                                     05/25/11  17:00  IR/GI                   LEX
                                       NB SKP - SHP ASC SWITCH
                                     05/26/11  03:34  CS/10                   SYS
                                     05/26/11  03:34  CC/CC  SCORE-000        SYS
                                     05/26/11  03:34  CC/CC                   SYS
                                       CBR DATA ON O SCREEN
                                     05/26/11  03:34  CC/CC                   SYS
                                       ASSET SEARCH - AVAILABLE BANKCARD
                                     05/26/11  05:54  IU/SC                   SYS
                                       OA QUALIFICATION
                                     05/26/11  05:54  CC/CC  AUX2 POS 8-      SYS
                                     05/26/11  05:54  CC/CC  AUX2 POS 7-      SYS
                                     05/26/11  10:53  TA/     J01             J01
                                     05/26/11  10:53  RM/CC  ACTIVATE-J23     J01
                                     05/26/11  11:10  RM/CC                   DRI
                                       DELETED-ACTIVATE-J23
                                     05/26/11  11:16  UD/SK  NO SUPPS         DRI
                                     05/26/11  11:16  CC/CC  ACCT VIEW ONLY   DRI
                                     05/26/11  11:18  UD/SK                   DRI
                                       AMEX SS SEARCH CM HAS OTHER ACCT
                                       JX6656 20K SAME INFO -
                                     05/26/11  11:20  TR/AM  TR LM            DRI
                                     05/26/11  11:21  TW/AM  TW NO MSG        DRI
                                     05/26/11  11:22  CC/CC                   DRI
                                       F SCREEN 1-1 STATUS FROM 0-NEW TO 3-
                                       LEFT MSG
                                     05/26/11  11:24  TO/GC                   DRI
                                       CORRECTION OTHER ACCT IS JX6646 20K
                                     05/26/11  11:31  TO/AM                   DRI
                                       CALLED 5448 NO MSG - NO ID
                                       TTOBZ
                                     05/26/11  11:31  TO/BZ                   DRI
                                       CALLED 2067 CONSTANT BZ
                                     05/26/11  11:32  TO/BN  CALLED 7855 NIS  DRI
                                     05/26/11  11:32  TO/NA  CALLED 6494 NA   DRI
                                     05/26/11  11:32  TO/BN                   DRI
                                       CALLED 4796 DISCONNECTED
                                     05/26/11  11:32  TO/BN                   DRI
                                       CALLED 0318 DISCONNECTED
                                     05/26/11  11:33  CC/CC                   DRI
                                       F SCREEN 2-3 STATUS FROM 0-NEW TO 2-
                                       Page 3

```
                         780403
                         DISCONNECT
```

```
                                            Page 4
JX6657   FARRELL, BRIAN
----------PAYMENTS---------------    ------------TRANSACTIONS-------------
--Date--      Amount    Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                                                             DRI
                                     05/26/11  11:33  CC/CC
                                        F SCREEN 2-1 STATUS FROM 0-NEW TO 1-
                                        NO ANSWER
                                     05/26/11  11:33  CC/CC                   DRI
                                        F SCREEN 2-2 STATUS FROM 0-NEW TO 2-
                                        DISCONNECT
                                     05/26/11  11:33  CC/CC                   DRI
                                        F SCREEN 1-5 STATUS FROM 0-NEW TO 2-
                                        DISCONNECT
                                     05/26/11  11:34  CC/CC                   DRI
                                        F SCREEN 1-4 STATUS FROM 0-NEW TO 8-
                                        BAD NUMBER
                                     05/26/11  11:37  CC/CC                   DRI
                                        F SCREEN 2-4 STATUS FROM 0-NEW TO 3-
                                        LEFT MSG
                                     05/26/11  11:38  TO/AM                   DRI
                                        CALLED 407415-4283 LM - NO ID
                                     05/26/11  11:39  CC/CC                   DRI
                                        F SCREEN 2-5 STATUS FROM 0-NEW TO 2-
                                        DISCONNECT
                                     05/26/11  11:39  TO/BN                   DRI
                                        CALLED 0247 DISCONNECTED
                                     05/26/11  11:40  CC/CC                   DRI
                                        F SCREEN 1-3 STATUS FROM 0-NEW TO 3-
                                        LEFT MSG
                                     05/26/11  15:49  CC/CC   SCORE-611       SYS
                                     05/26/11  18:51  IU/SC                   SYS
                                        ADDR VERIFICATION-YYYYNUUUUUUPNUUUUU
                                        UUUU
                                     05/26/11  18:51  IU/SC                   SYS
                                        EMPL VERIFICATION-YYYYNUUUUUUPNUUUUU
                                        UUUU
                                     05/26/11  18:51  IU/SC                   SYS
                                        ASSETS VERIFICATION-YYYYNUUUUUUPNUUU
                                        UU UUUU
                                     05/26/11  18:51  IU/SC                   SYS
                                        JUDG LIENS VERIFICATION-YYYYNUUUUUUP
                                        NUUUUU UUUU
                                     05/26/11  18:51  IU/SC                   SYS
                                        RPC INDICATORS CHANGE-YYYYNUUUUUUPNU
                                        UUUU UUUU
                                     05/27/11  01:20  SN/K8                   -CB
                                     05/27/11  03:00  IR/GI  UP SKP - SWITCH  LEX
                                     05/27/11  08:10  TR/AM  TR NO MSG        DRI
                                     05/27/11  08:11  TW/AM  TW NO MSG        DRI
                                     05/27/11  08:12  TO/AM                   DRI
                                        CALLED 4283 NO MSG
                                     05/28/11  09:04  TR/AM  TR LM            DRI
                                     05/28/11  09:06  TW/AM  TW LM            DRI
                                     05/28/11  09:07  TO/AM  CALLED 4283 LM   DRI
                                        Page 4
```

```
                    780403
        05/30/11  12:01  CC/CC   ACCT VIEW ONLY  GMC
        05/30/11  14:20  TW/NL                   XFP
        05/30/11  14:20  CC/CC                   XFP
              F SCREEN INDEX 2-4 VIEWED
```

JX6657   FARRELL, BRIAN                          Page 5

```
----------PAYMENTS---------------  -------------TRANSACTIONS--------------
--Date--    Amount   Code   Rate  --DATE--  TIME  AC/RC  ----COMMENT----  ID
                                  05/30/11  14:20  TR/NL                  XFP
                                  05/30/11  14:21  CC/CC                  XFP
                                        F SCREEN INDEX 2-1 VIEWED
                                  05/30/11  14:21  TO/NL  4283            XFP
                                  05/30/11  14:21  CC/CC                  XFP
                                        F SCREEN INDEX 1-3 VIEWED
                                  05/30/11  14:22  TO/NL  6494            XFP
                                  05/30/11  14:22  CC/CC                  XFP
                                        F SCREEN INDEX 1-3 VIEWED
                                  05/30/11  14:23  TO/NL  5448            XFP
                                  05/30/11  16:51  TR/NL                  XFP
                                  05/30/11  16:52  TW/LM                  XFP
                                  05/30/11  16:53  CC/CC                  XFP
                                        F SCREEN INDEX 2-4 VIEWED
                                  05/30/11  16:53  TO/NL  4283            XFP
                                  05/31/11  08:09  TR/AM  TR LM           DRI
                                  05/31/11  08:10  TW/AM  TW NO MSG       DRI
                                  06/02/11  09:37  CC/CC  ACCT VIEW ONLY  A60
                                  06/03/11  08:59  TR/AM  TR LM           DRI
                                  06/03/11  09:00  TW/AM  TW NO MSG       DRI
                                  06/03/11  09:02  TO/AM  CALLED 4283 LM  DRI
                                  06/23/11  14:08  CO/CO                  OZO
                                    RAMSEY AUDIT REVIEW - JS- TIMELY
                                  06/23/11  14:10  CO/CO                  OZO
                                    ACTIVATION ..CONT EFFORTS TO REACH
                                  06/23/11  14:19  CO/CO                  OZO
                                    CM.. WATCH WORK GAPS ..
                                  06/28/11  11:35  TR/AM                  J01
                                    TR LMTCOB  ON AM..
                                  06/29/11  08:42  TR/AM  TR LMTCOB...    J01
                                  07/06/11  18:39  CC/CC  ACCT VIEW ONLY  ZIT
                                  07/07/11  08:23  TR/AM  TR LMTCOB..     ZIT
                                  07/12/11  15:36  TR/AM  TR LMTCOB..     ZIT
                                  07/17/11  07:04  CC/CC                  SYS
                                    SEE O SCREEN FOR AMEX RMS NEW TRIGGE
                                    R INFO.
                                  07/17/11  07:04  CC/CC  SCORE-960       SYS
                                  07/18/11  09:38  TO/AM  TO LMTCOB       ZIT
                                  07/21/11  19:42  TR/AM  TR LMTCOB..     ZIT
                                  07/25/11  16:13  TR/AM  TR LMTCOB..     ZIT
                                  07/27/11  13:06  CC/CC                  SYS
                                    SEE O SCREEN FOR AMEX RMS NEW TRIGGE
                                    R INFO.
                                  07/28/11  14:49  TR/AM  TR LMTCOB       ZIT
                                  07/29/11  15:01  SC/SC                  XUS
                                  07/29/11  15:02  TR/NL                  XUS
                                  07/29/11  15:02  TW/NL                  XUS
                                    Page 5
```

```
                    780403
                    07/29/11  15:03  CC/CC                      XUS
                      F SCREEN INDEX 2-4 VIEWED
                    07/29/11  15:03  TO/NL  407 415-4283        XUS
                    07/29/11  15:03  CC/CC                      XUS
                      F SCREEN INDEX 2-1 VIEWED
                    07/29/11  15:04  TO/NL  407 390-6494        XUS
                    07/29/11  15:05  CC/CC                      XUS
```

JX6657   FARRELL, BRIAN                              Page 6

```
----------PAYMENTS---------------  ------------TRANSACTIONS-------------
--Date--     Amount   Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                     F SCREEN INDEX 1-3 VIEWED
                                   07/29/11  15:05  TO/NL  203 533-5448      XUS
                                   07/29/11  15:06  CC/CC  ACCT VIEW ONLY    XUS
                                   07/29/11  17:38  TR/LM                    XUS
                                   07/29/11  17:39  TW/NL                    XUS
                                   07/29/11  17:40  TO/NL  407 415-4283      XUS
                                   07/29/11  17:40  TO/NL  203 533-5448      XUS
                                   07/29/11  17:41  TO/NL  407 390-6494      XUS
                                   07/29/11  17:42  CC/CC  ACCT VIEW ONLY    XUS
                                   07/30/11  09:45  SC/SC                    XUS
                                   07/30/11  09:45  TR/NL                    XUS
                                   07/30/11  09:46  TW/NL                    XUS
                                   07/30/11  09:47  TO/NL  407 415-4283      XUS
                                   07/30/11  09:48  TO/NL  407 390-6494      XUS
                                   07/30/11  09:48  TO/NL  203 533-5448      XUS
                                   07/30/11  09:51  CC/CC  ACCT VIEW ONLY    XUS
                                   08/02/11  11:37  TR/AM  TR LMTCOB..       ZIT
                                   08/09/11  11:27  CC/CC  ACCT VIEW ONLY    ZIT
                                   08/09/11  11:38  TR/NA                    ZIT
                                     UNABLE TO LV MSG
                                   08/12/11  11:50  TR/AM  TR LMTCOB..       ZIT
                                   08/17/11  13:23  TR/NA                    ZIT
                                     TR NA UNABLE TO LV
                                   08/23/11  11:25  TR/AM  TR LMTCOB..       ZIT
                                   08/29/11  14:21  TR/AM  TR LMTCOB..       ZIT
                                   08/30/11  15:10  TR/LM                    Z3M
                                   08/30/11  15:13  TW/LM                    Z3M
                                   08/30/11  15:15  CC/CC                    Z3M
                                     F SCREEN INDEX 2-1 VIEWED
                                   08/30/11  15:16  SC/SC                    Z3M
                                   08/30/11  15:20  CC/CC                    Z3M
                                     F SCREEN INDEX 2-1 VIEWED
                                   08/30/11  15:20  SC/SC                    Z3M
                                   08/30/11  15:20  TO/NL  407 390-6494      Z3M
                                   09/01/11  15:59  CC/CC  ACCT VIEW ONLY    ZPX
                                   09/09/11  14:29  TR/AM  TR LMTCOB..       ZIT
                                   09/14/11  16:49  TR/AM  TR LMTCOB..       ZIT
                                   09/14/11  16:50  TW/AM  TW LMTCOB..       ZIT
                                   09/19/11  16:44  TR/AM  TR LMTCOB..       ZIT
                                   09/22/11  14:36  TO/NA                    ZIT
                                     TO 4283 NO MSG..
                                   09/23/11  13:09  CC/CC                    SYS
                                     F SCREEN 1-2 INDICATOR FROM UNKN TO
                                     CELL
                                   Page 6
```

```
                     780403
                     09/23/11  13:09  CC/CC                         SYS
                       F SCREEN 1-2 CONSENT FROM UNKNOWN TO
                       MANUAL
                     09/28/11  13:58  TR/AM   TR LMTCOB..            ZIT
                     09/29/11  12:19  CC/CC                         SYS
                       AUX1 POS 1-19951002
                     09/30/11  09:15  TR/AM   TR LMTCOB             ZIT
                     09/30/11  09:50  CC/CC                         SYS
                       AUX1 POS 1-19951002
                     09/30/11  11:01  CC/CC   ACCT VIEW ONLY        ZIT
```

```
JX6657   FARRELL, BRIAN                           Page 7

----------PAYMENTS---------------  ------------TRANSACTIONS--------------
--Date--     Amount    Code  Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                   10/05/11  13:35  TR/AM   TR LMTCOB..     ZIT
                                   10/05/11  13:35  TR/AM   TR LMTCOB..     ZIT
                                   10/10/11  13:31  CC/CC   ACCT VIEW ONLY  ZIT
                                   10/12/11  15:36  TR/AM   TR LMTCOB..     ZIT
                                   10/14/11  01:41  SN/91                   GDG
                                   10/16/11  06:35  CC/CC                   SYS
                                     SEE O SCREEN FOR AMEX RMS NEW TRIGGE
                                     R INFO.
                                   10/18/11  17:43  TR/AM   TR LMTCOB..     ZIT
                                   10/21/11  09:05  TR/AM   TR LMTCOB..     ZIT
                                   10/26/11  10:49  TW/AM   TW LMTCOB..     ZIT
                                   10/28/11  10:55  TR/NL                   VSA
                                   10/28/11  10:56  TW/NL                   VSA
                                   10/28/11  14:39  TR/NL                   VSA
                                   10/28/11  14:39  TW/NL                   VSA
                                   11/03/11  13:39  TR/AM   TR LMTCOB..     ZIT
                                   11/03/11  13:40  TW/AM   TW LMTCOB..     ZIT
                                   11/07/11  15:00  CS/54                   COR
                                   11/07/11  15:00  CC/CC   HP-4073249790   COR
                                   11/07/11  15:00  CC/CC   WP-3216627627   COR
                                   11/07/11  15:00  TA/     J23             COR
                                   11/07/11  15:00  IM/SC   STAT CHNGD      COR
                                   11/07/11  15:00  CC/CC                   COR
                                     A1-106 CLEAR LAKE CIR
                                   11/07/11  15:00  CC/CC                   COR
                                     CSZ-SANFORD        FL 327730000
                                   11/07/11  15:00  IM/SC                   COR
                                     ALL CHARGES REQUESTED
                                   11/07/11  15:00  IM/SC                   COR
                                     RCVD CERT MAIL STS CEASE AND DESIST
                                     DISPUTE REQ FOR VALLIDATION
                                   11/07/11  15:00  IM/SC                   COR
                                     IMAGE 201111071158107 JX6657WZ2
                                   11/07/11  15:00  IM/SC                   COR
                                     CERTIFIED - C  SPUTE - NOT REPORTED
                                   11/07/11  15:00  IM/SC   TABLE 05        COR
                                   11/07/11  15:00  IM/SC   STAT UNCHNGD    COR
                                   11/07/11  15:00  IM/SC                   COR
                                     ALL CHARGES REQUESTED
                                   11/07/11  15:00  IM/SC                   COR
                                     RCVD CERT MAIL STS CEASE AND DESIST
                                   Page 7
```

```
                       780403
                       DISPUTE REQ FOR VALLIDATION
                       11/07/11  15:00  IM/SC                      COR
                       IMAGE 201111071158107 JX6657WZ2
                       11/07/11  15:00  IM/SC                      COR
                       CERTIFIED - CHANGE OF ADDRESS
                       11/07/11  15:00  IM/SC  TABLE 28            COR
                       11/07/11  16:32  CC/CC                      X27
                       AUX1 POS 1 - 00-00-00
                       11/07/11  16:32  CC/CC                      X27
                       AUX1 POS 2 - 00-00-00
                       11/07/11  16:32  FR/AR                      X27
                       ORDERED STATEMENTS FROM 08-01-07
                       THRU 07-31-09.
```

```
JX6657   FARRELL, BRIAN                             Page 8

----------PAYMENTS--------------- -------------TRANSACTIONS--------------
--Date--     Amount   Code   Rate  --DATE--    TIME  AC/RC  ----COMMENT---- ID
                                   11/08/11  11:23  CO/CO                   Y9D
                                   ENTERED IN ACCESS 11-157441
                                   11/09/11  05:51  CC/CC                   SYS
                                   F SCREEN 1-1 STATUS FROM 3-LEFT MSG
                                   TO 6-CEASE CALLS
                                   11/09/11  05:51  CC/CC                   SYS
                                   F SCREEN 1-2 STATUS FROM 0-NEW TO 6-
                                   CEASE CALLS
                                   11/09/11  05:51  CC/CC                   SYS
                                   F SCREEN 3-4 STATUS FROM F-PREVIOUS
                                   TO 6-CEASE CALLS
                                   11/09/11  05:51  CC/CC                   SYS
                                   F SCREEN 3-5 STATUS FROM F-PREVIOUS
                                   TO 6-CEASE CALLS
                                   11/09/11  14:49  CO/CO  QCID ACCESS      X2I
                                   11/14/11  11:54  CO/CO                   XZ7
                                   SENT EMAIL TO S. STRAUSS FOR VAL
                                   RQST
                                   LETTER SENT TO QC
                                   11/15/11  09:55  CO/CO                   W7L
                                   RTRND RESP LTR FOR CORR
                                   11/17/11  13:17  94/F9                   XZ7
                                   RECEIVED DISPUTED - CEASE AND DESIST
                                   11/17/11  15:53  IM/CO                   UQJ
                                   RECEIVED STATEMENTS DATED 10 22 07
                                   THRU 7 23 09. ENDING BAL REFLECTS
                                   3959.17 FWD TO XBH
                                   11/18/11  08:23  CO/CO                   W7L
                                   RVWD CORR LTR, OK TO SND
                                   11/18/11  16:32  CO/CO                   XBH
                                   PRINTED STATEMENTS DATED SEPT 2009
                                   THRU DEC 2010. ENDING BAL REFLECTS
                                   3582.03, FWD TO CONSUMER AFFAIRS
                                   VALIDATION.
                                   11/21/11  08:18  CO/CO                   XZ7
                                   SENT AN ACCT ON HOLD PENDING CLOSURE
                                   , CBR NR LTTR TO CNSMR
                                   11/25/11  08:45  CO/CO                   OXY
                                   Page 8
```

```
780403
  RECVD VAL, AVAILABLE IN SCAN, NOT
  FWRDED, ACCT ON HOLD PENDING CLOSURE
01/27/12  12:37  CC/CC  ACCT VIEW ONLY   VA4
02/14/12  13:36  IM/SC  RCVD ADL         GOT
02/14/12  13:36  TA/    IDM              GOT
02/14/12  15:46  IU/C1  RCDV ADL         GOT
02/14/12  15:46  CC/CC  AUX1 POS 14 -    GOT
02/14/12  15:46  CC/CC                   GOT
  AUX1 POS 15 - 00-00-00
02/14/12  15:46  CC/CC  AUX1 POS 17 -    GOT
03/15/12  14:35  CC/CC                   SYS
  SEE O SCREEN FOR AMEX RMS NEW TRIGGE
  R INFO.
05/16/12  15:29  IM/SC  RCVD LAWSUIT     GOT
05/16/12  15:30  IU/C1  RCVD LAWSUIT     GOT
05/16/12  15:30  CC/CC                   GOT
```

JX6657    FARRELL, BRIAN                              Page 9

```
----------PAYMENTS---------------  ------------TRANSACTIONS-------------
--Date--     Amount   Code   Rate  --DATE--   TIME  AC/RC  ----COMMENT---- ID
                                    AUX1 POS 15 - 02-07-12
```

Date Printed:  May 16, 2012

780403