# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRIAN FARRELL,**

           **Plaintiff,**

**v.**                                                             **Case No.  6:12-cv-660-Orl-18KRS**

**NCO FINANCIAL SYSTEMS, INC.,**

           **Defendant.**

_____

## ORDER

This case is before the Court on a Motion for Summary Judgment.

The parties are hereby notified that the Court will take the Motion for Summary Judgment under advisement on October 9, 2012. Prior to that date, the adverse party(ies) may file affidavits(s) within the purview of the Federal Rule of Civil Procedure 56 in opposition to the Motion. Failure to oppose the Motion for Summary Judgment may result in Judgment for movant without further proceedings. *See Milburn v. United States*, 734 F.2d 762 (11th Cir. 1984); *Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985); Local Rule 3.01(b). Movant may file a reply brief, not exceeding ten (10) pages, within 14 days after the date the response is served. A hearing will not be held on the Motion for Summary Judgment.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2012.

                                                                            s/ G. Kendall Sharp
                                                                              G. KENDALL SHARP
                                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Brian Farrell
106 Clear Lake Circle
Sanford, FL 32773
321/662-7627
PRO SE