## AFFIDAVIT

NOW COMES the Affiant, Brian Farrell of Sanford, Florida who is over the age of 21 years, competent to testify, and declares as follows under the penalty of perjury regarding Case No. 6:12-cv-00660-GKS-KRS BRIAN FARRELL v NCO FINANCIAL SYSTEMS, INC.

1. The Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that American Express placed any account of Brian Farrell with NCO Financial Systems, Inc. as stated in the affidavit of Gregory Stevens.

2. The Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that NCO Financial Systems, Inc. acquired any account of Brian Farrell as stated in the affidavit of Gregory Stevens.

3. The Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that there is any account of Brian Farrell that originated with American Express where there is any balance due and owing that could be collected by NCO Financial Systems, Inc.

4. The Affiant/Plaintiff is not in receipt of anything, nor is there anything on the record made, that would show or prove that there is any permissible purpose for the Defendants and/or their counsel in Case No. 6:12-cv-00660-GKS-KRS in the United States District Court for the Middle District of Florida, Orlando Division to obtain the credit report of Brian Farrell.