# EXHIBIT 1

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**NCO FINANCIAL SYSTEMS**
507 PRUDENTIAL ROA
HORSHAM, PA 19044
Phone number not available
Requested On: 05/25/2011

# EXHIBIT 2

PO BOX 15760
DEPT 07
WILMINGTON, DE 19850-5760

# NCO FINANCIAL SYSTEMS, INC.

507 Prudential Road, Horsham, PA 19044

Calls to or from this company may be monitored or recorded for quality assurance.

1-877-631-3720
OFFICE HOURS(ET):
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Oct 14, 2011

2960

JX6657
BRIAN FARRELL
106 CLEAR LAKE CIR
SANFORD FL 32773-5637

| Creditor | Creditor's Acct # | Regarding | CurBalDue |
|---|---|---|---|
| AMERICAN EXPRESS (US) | XXXXXXXXX0S007 | CID037088804000USD | 3582.03 |

## SETTLEMENT OFFER

We can settle the account(s) for less than the full balance. This offer may expire without notice. Before making payment, please confirm with one of our representatives that this offer has not expired.

Please contact our office at 1-877-631-3720 for details.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CJX66570-73M9JK. To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Our Account # | Current Balance Due |
|---|---|
| JX6657 | $ 3582.03 |

BRIAN FARRELL

Payment Amount

$            .

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15773
WILMINGTON DE 19850-5773

NCOP 91
2980

0007 000006077648 0 003582803 1 0181 6

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was mailed USPS first class mail to the persons listed below.

Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618