**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRIAN FARRELL,

    Plaintiff,

v.                                      Case No. 6:12-cv-660-Orl-18KRS

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on the Court's own initiative. On September 11, 2012, Plaintiff Brian Farrell filed an Amended Complaint (Doc. 20) with the Court's leave. NCO Financial System, Inc.'s earlier-filed Motion for Summary Judgment (Doc. 14) is therefore **DENIED as moot**.

**DONE and ORDERED** in Orlando, Florida on this __13__ day of September, 2012.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties