**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRIAN FARRELL,

Plaintiff,

v.                                                            Case No.: 6:12-cv-00660-GKS-KRS

NCO FINANCIAL SYSTEMS, INC.,

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc. ("NCO"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that all parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Tele:  (813) 890-2465; Fax: (866) 466-3140
kgrace@sessions-law.biz
*Counsel for Defendant,*
*NCO Financial Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 25th day of March 2013, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing has been sent to Plaintiff via U.S. Mail to the following address:

Brian Farrell
106 Clear Lake Circle
Sanford, FL 32773
(Pro Se Plaintiff)

/s/ Kenneth C. Grace
Attorney